THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BIENVENIDO QUILES RAMOS : | CIVIL ACTION |
| vs. : | |
| EMMANUEL QUIEN, M.D., : | NO. 2:08-CV-02952-MMB |
| SEAN HARBISON, M.D., : | |
| LAWRENCE SOLISH, M.D., : | |
| LISETTE COOPER, M.D., : | |
| TEMPLE PHYSICIANS, INC., : | |
| LEHIGH MEDICAL ASSOCIATES, : | |
| NORTHEASTERN HOSPITAL, : | |
| TEMPLE UNIVERSITY HOSPITAL, : | |
| TEMPLE UNIVERSITY HOSPITAL - : | |
|    EPISCOPAL CAMPUS and : | |
| TEMPLE UNIVERSITY HEALTH SYSTEM : | |

## DEFENDANT, EMMANUEL QUIEN, M.D.'S DEMAND FOR TRIAL DE NOVO PURSUANT TO LOCAL RULE 53.2

Pursuant to Local Rule 53.2(7)(A), defendant, Emmanuel Quien, M.D. only hereby demands a trial de novo of the arbitration held on March 7, 2011.

Respectfully submitted,

Date: 3/22/11            By: _____
Meyer A. Bushman, Esquire
Ira W. Bushman, Esquire
One Commerce Square - 24th Floor
2005 Market Street
Philadelphia, PA 19103
(215) 665-3514
*Counsel for Defendant, Emmanuel Quien, M.D.*